| | | | |
|---|---|---|---|
| Com. v. Crenshaw .. | 12/01/2015487 EAL (2015) | Denied | Pa.Super., 122 A.3d 1141 |
| Com. v. Deboise .... | 11/16/2015470 EAL (2015) | Denied | No. 70 EDM 2015 |
| Com. v. Delacruz ... | 10/27/2015371 EAL (2015) | Denied | Pa.Super., 122 A.3d 450 |
| Com. v. Diaz ....... | 11/16/2015495 MAL (2015) | Denied | Pa.Super., 122 A.3d 1142 |
| Com. v. Dodd ...... | 10/26/2015241 MAL (2015) | Denied | Pa.Super., 120 A.3d 1045 |
| Com. v. Droz....... | 10/27/2015455 MAL (2015) | Denied | Pa.Super., 120 A.3d 1066 |
| Com. v. Elkington .. | 10/26/2015294 MAL (2015) | Denied | Pa.Super., 121 A.3d 1124 |
| Com. v. Gamble .... | 10/23/2015418 MAL (2015) | Denied | Pa.Super., 120 A.3d 380 |
| Com. v. Garcia ..... | 11/17/2015351 EAL (2015) | Denied | Pa.Super., 122 A.3d 450 |
| Com. v. Gibbs ...... | 12/01/2015414 EAL (2015) | Denied | Pa.Super., 122 A.3d 1124 |
| Com. v. Graham.... | 10/13/2015150 MAL (2015) | Denied | Pa.Super., 109 A.3d 733 |
| Com. v. Griggs ..... | 10/27/2015431 MAL (2015) | Denied | Pa.Super., 122 A.3d 436 |
| Com. v. Hawkins ... | 11/17/2015193 WAL (2015) | Denied | Pa.Super., 122 A.3d 453 |
| Com. v. Herring .... | 12/01/2015522 EAL (2015) | Denied | Pa.Super., 131 A.3d 85 |
| Com. v. Hines ...... | 10/22/2015357 MAL (2015) | Denied | Pa.Super., 120 A.3d 1056 |